UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-6320-SNOW

IN Re: SEALED COMPLAINT

_____

## ORDER TO UNSEAL

THIS CAUSE is before the Court sua sponte. Defendant, Luis Berkman was arrested May 21, 2021. Therefore, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court UNSEAL Case No. 21-6320-SNOW.

DONE AND ORDERED at Fort Lauderdale, Florida, this 21st day of May, 2021.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Eli Rubin (MIA)